776

*Arthur K. Bolton, Attorney General,* for appellee.

## 29979. SMITH v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Ingram, J., who concurs in the judgment only, and Gunter, J., who dissents. Hill, J., disqualified.*

DECIDED SEPTEMBER 2, 1975.

Freddie Smith, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30066. SIMMONS v. BALKCOM.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 2, 1975.

Franklin Lamar Simmons, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30075. CUMBO v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

Victor L. Cumbo, Jr., *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30016. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Ingram, J., who concurs in the judgment only, and Gunter, J., who dissents.*

Decided September 3, 1975.

Rudolph Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30028. BLOODWORTH v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter, J., who dissents.*

Decided September 3, 1975.

Lawrence Bloodworth, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.